

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **2821 INVESTORS, L.P.,** ) | |
| ) | **Case No. 16-10962-mdc** |
| Debtor. ) | |
| ) | |

## ORDER

Upon consideration of the Motion (the "motion") filed by Gary F. Seitz, Chapter 7 Trustee (the "Trustee) of 2821 Investors, L.P. (the "Debtor") for an Order authorizing the Trustee to Sell (a) real property located at 2821 Fox Street, Philadelphia, PA (the "Real Property") along with (b) an assignment of any obligations and rights with respect thereto, including a cause of action against the City for which the Trustee sought and obtained retention of The Legis Group LLC (the "Claim," with the "Real Property," collectively, the "Sale Assets") Pursuant to Section 363(b) Title 11 of the Unites States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") and the Court being satisfied that: (i) the sale of the Sale Assets is necessary and in the best interest of the Trustee, the Debtor, its creditors and its estate; (ii) the sale of the Sale Assets contemplated by the Motion is a sound exercise of the Trustee's business judgment and is in good faith; (iii) notice of the Motion has been given to the Office of the United States Trustee, the Debtor, creditors and other notice parties and that no other notice need be given; (iv) this Court has jurisdiction over the Motion; and after any proceedings in respect of this matter; and sufficient cause appearing therefore, it is hereby

ORDERED, pursuant to § 363(b) of the Bankruptcy Code, the Trustee is authorized and empowered to sell the Sale Assets, where is, as is, without representation, warranty, statement or guaranty whether express or implied, subject to any and all liens, claims and interests, for due consideration, to the Buyer in accordance with the terms of the Agreement of Sale; and it is

further

ORDERED that Pursuant to Bankruptcy Rules 6004(h), 7062 and 9014 this Order shall be effective and enforceable immediately upon entry, and the Trustee and the Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) and is hereby waived.

Dated: 12/12/18

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE